# Brown v. The City of Tuscaloosa.

### Violating Municipal Ordinance.

#### (Decided December 17, 1914.   67 South. 780.)

*Continuance; Grounds; Discretion.*—A continuance sought on the ground that the jury had heard all of the evidence in a prior prosecution against the same defendant, in which he was acquitted, involved matters of discretion lodged in the trial court, and not subject to review unless abuse is shown. (The other matters presented by the record are disposed of adversely to appellant's contention in the case of Charlie Lane v. The City of Tuscaloosa, Infra.)

APPEAL from Tuscaloosa County Court.

Heard before Hon. HENRY B. FOSTER.

Will Brown was convicted of violating an ordinance of the city of Tuscaloosa prohibiting the selling or keeping of intoxicating liquors, and he appeals. Affirmed.

WRIGHT & FITE, for appellant. Aside from the insistence of counsel that the court erred to the prejudice of the defendant in refusing a continuance on the grounds stated, the matters presented and authorities in support thereof will be found fully stated in the case of *Charlie Lane v. The State, infra.*

BROWN & WARD, for appellee. The jurors who did not act as jurors in the previous prosecution of the defendant, were not incompetent as jurors in this case.—24 Cyc. 279 and cases cited therein. The other matters discussed by counsel will be found in the brief for appellee in the case of *Charlie Lane v. The City of Tuscaloosa, infra.*

BROWN, J.—The only question presented in this record, not considered in the case of *Charlie Lane v. City of Tuscaloosa, infra.*, 67 South. 778, is the action of the trial court in refusing to grant the defendant a continu-

[Glen v. City of Prattville.]

ance.    The matter urged in support of the application
for continuance is that the defendant had been tried by
another jury for a violation of the prohibition ordinance
of the city of Tuscaloosa, and, after the introduction of
all the evidence, the court, at the instanace of the de-
fendant, directed a verdict in his favor; that the evi-
dence in that case was heard by all the jurors, from
which a jury was to be selected to try this case.

It has been repeatedly held that the ruling of the trial
court on application for continuance involves a matter
of discretion that will not be reviewed, unless the discre-
tion is shown to have been grossly abused.—*White v.
State,* 86 Ala. 69, 5 South. 674.   This record does not
show such abuse of discretion as to authorize this court
to revise the action of the trial court in refusing to grant
the continuance.

The other questions presented were disposed of ad-
versely to the contention of the appellant in the case of
*Lane v. City of Tuscaloosa, infra,* 67 South. 778, and on
the authority of that case the judgment of the county
court is affirmed.

Affirmed.